## RECONSIDERATION OF PRIOR DECISIONS

**2006–0491. Columbus Bar Assn. v. Farmer.**
Board of Commissioners on Grievances and Discipline, No. 04–046. Reported at 111 Ohio St.3d 137, 2006-Ohio-5342, 855 N.E.2d 462. On motion for reconsideration. Motion denied.

PFEIFER, J., dissents.

**2006–1080. State ex rel. Yavitch & Palmer Co. L.P.A. v. Jackson.**
In Mandamus. Reported at 111 Ohio St.3d 1466, 2006-Ohio-5625, 855 N.E.2d 1256. On motion for reconsideration. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006–1145. Mentor Exempted Village School Dist. Bd. of Edn. v. Lake Cty. Bd. of Revision.**
Board of Tax Appeals, No. 2005–M–603. Reported at 111 Ohio St.3d 1218, 2006-Ohio-5613, 857 N.E.2d 145. On motion for reconsideration. Motion denied.

PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2006–1402. Crable v. Nestle USA, Inc.**
Cuyahoga App. No. 86746, 2006-Ohio-2887. Reported at 111 Ohio St.3d 1469, 2006-Ohio-5625, 855 N.E.2d 1258. On motion for reconsideration. Motion denied.

**2006–1417. Proctor v. N & E Realty, LLC.**
Trumbull App. No. 2005–T–0051, 2006-Ohio-3078. Reported at 111 Ohio St.3d 1469, 2006-Ohio-5625, 855 N.E.2d 1258. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents and would grant the motion and accept the appeal on Proposition of Law Nos. I and II.

**2006–1422. State ex rel. Petro v. Mercomp, Inc.**
Cuyahoga App. No. 86563, 167 Ohio App.3d 64, 2006-Ohio-2729. Reported at 111 Ohio St.3d 1469, 2006-Ohio-5625, 855 N.E.2d 1258. On motion for reconsideration. Motion denied.

MOYER, C.J., dissents and would grant the motion and accept the appeal on Proposition of Law Nos. I and II.

LUNDBERG STRATTON and O'DONNELL, JJ., dissent and would grant the motion and accept the appeal on Proposition of Law No. I.

**2006–1428. State v. White.**
Hamilton App. No. C-040770. Reported at 111 Ohio St.3d 1470, 2006-Ohio-5625, 855 N.E.2d 1259. On motion for reconsideration. Motion denied.

MOYER, C.J., and LUNDBERG STRATTON, J., dissent and would grant the motion and accept the appeal on Proposition of Law Nos. I and II.

LANZINGER, J., dissents and would grant the motion and accept the appeal on Proposition of Law No. I.

**2006–1440. McGee v. Helmus.**
Erie App. Nos. E–05–043, E–05–044 and E–05–066, 2006-Ohio-3061. Reported at 111 Ohio St.3d 1470, 2006-Ohio-5625, 855 N.E.2d 1259. On motion for reconsideration. Motion denied.

**2006–1465. George v. Arora.**
Stark App. No. 2005 CA 00302, 2006-Ohio-3123. Reported at 111 Ohio St.3d 1470, 2006-Ohio-5625, 855 N.E.2d 1259. On motion for reconsideration. Motion denied.

**2006–1492. Baker v. Ohio Dept. of Job & Family Servs.**
Lucas App. No. L–05–1296, 2006-Ohio-3176. Reported at 111 Ohio St.3d 1471, 2006-Ohio-5625, 855 N.E.2d 1259. On motion for reconsideration. Motion denied.